# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSALIE A. McAllister (f.ka. ROSALIE REICHL),<br><br>            Plaintiff,<br>    v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.,<br><br>            Defendant. | **Case No.** C07-0700 JPD<br><br>ORDER re: Docket #23 |

This matter comes before the court on reference from the Honorable Thomas S. Zilly (Dkt#23). The case was subsequently reassigned to the Honorable James P. Donohue pursuant to 28 U.S.C. 636(c).

This court conferred telephonically with counsel, David Breskin and Clem Barnes, this date. The parties agreed that this court's interpretation of paragraph 8(A) of the Settlement Agreement dated June 25, 1977 in the matters of Thompson/Scott v. ILWU, et al. C96-5475 will proceed as follows:

1. The parties will agree upon and recite with specificity the issue this court is to resolve.

2. No later that March 10, 2008, each party will file with the court a memorandum/brief supporting their respective positions.

3. No later that March 25, 2008, each party will file a responsive memorandum/brief.

4. Thereafter the court will determine whether or not oral argument and/or an evidentiary heqaring is required.

5. If oral argument or an evidentiary hearing is required it will be scheduled at the earliest possible date; if not the court will rule forthwith.

February 15, 2008

*/s/ **J. Kelley Arnold***
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1