The Honorable James P. Donohue
**Special Setting Before
Magistrate Judge J. Kelley Arnold**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSALIE A. McALLISTER (F.K.A. ROSALIE A. REICHL),<br><br>            Plaintiff,<br><br>      vs.<br><br>PACIFIC MARITIME ASSOCIATION; JOINT PORT LABOR RELATIONS COMMITTEE OF THE WASHINGTON PUGET SOUND AREA; FOREMEN JOINT LABOR RELATIONS COMMITTEE TACOMA, WASHINGTON; and JOSEPH WEBER, an individual,<br><br>            Defendants. | No. C07-0700 JPD<br><br>JOINT MOTION AND STIPULATED ORDER CHANGING BRIEFING SCHEDULE AND NOTING DATE RE: MOTION FOR PARTIAL RECONSIDERATION<br><br>Noted: May 29, 2008 (CR 7(d)(1)) |

## JOINT MOTION

Currently defendants' Motion for Partial Reconsideration has been renoted for June 23, 2008. The briefing schedule calls for plaintiff to file a Response pleading no later than Friday, June 13, 2008, and defendants to file their Reply no later than Friday, June 20, 2008. Because counsel for defendants will be out of the country from June 12 through June 23, 2008, and because accelerating the briefing schedule does not work for plaintiff's counsel, the parties stipulate, subject to the Court's approval, to the following revised schedule postponing the briefing deadlines by two weeks and changing the noting date: plaintiff's Response pleading is

JOINT MOTION AND STIPULATED
ORDER CHANGING BRIEFING
SCHEDULE AND NOTING DATE -- 1
No. CV07-0700 JPD

m34495-1046934.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

due Friday, **June 27, 2008;** defendants' Reply is due Monday, **July 7, 2008** (the preceding Friday being the Fourth of July holiday); the motion is renoted for Wednesday, **July 9, 2008**.

DATED this 29th day of May, 2008.

| | |
|---|---|
| /s/ David E. Breskin<br>WSBA #10607<br>BRESKIN JOHNSON & TOWNSEND, PLLC<br>999 Third Ave Ste 4400<br>Seattle, WA  98104-4088<br>Tel:  206-652-8660<br>Fax:  206-652-8290<br>Email:  dbreskin@bjtlegal.com<br>*Attorneys for Plaintiff* | /s/Clemens H. Barnes<br>WSBA #4905<br>GRAHAM & DUNN, PC<br>Pier 70<br>2801 Alaskan Way Ste 300<br>Seattle, WA  98121-1128<br>Tel:  206-340-9681<br>Fax:  206-340-9599<br>Email:  cbarnes@grahamdunn.com<br>*Attorneys for Pacific Maritime Association and Joseph Weber* |

**ORDER**

IT IS SO ORDERED.

DATED:  June 3, 2008.

　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　HON. J. KELLEY ARNOLD
　　　　　　　　　　　　　　　　United States Magistrate Judge

JOINT MOTION AND STIPULATED ORDER CHANGING BRIEFING SCHEDULE AND NOTING DATE -- 2
No. CV07-0700 JPD
m34495-1046934.doc

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599