**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ROSALIE A. McALLISTER (f.k.a. ROSALIE A. REICHL),<br><br>                Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION; et al.<br><br>             Defendant. | **Case No.** CV07-0700JPD<br><br>ORDER ON DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION |

This matter comes before the court on Defendant' Motion for Partial Reconsideration of the court's order dated May 1, 2008. Although motions for reconsideration are generally disfavored, this court is not above being re-educated. Upon receipt of the motion the court (pursuant to Local Rule W.D.Wash. 7(h) invited a response and reply limited to the issues of (a) Settlement Agreement duration duration; and (b) the Settlement Agreement "start date" The pending motion was originally noted for May 15, 2008, and subsequently renoted for July 9, 2008 per the stipulated request of the parties.

The parties have timely filed the authorized pleadings which have been considered by the court. Having carefully reviewed the same, the court upon further consideration finds as follows:

1. The "start date" of the Settlement Agreement is the date it was approved by U.S. District Judge Franklin D. Burgess, January 8, 1998.

2. Read from its "four corners" the intent of the Settlement Agreement relating to the registration of female foremen expired January 8, 2003.

Dated this 17th   day of July, 2008.

                             */s/ J. Kelley Arnold*
                             J. Kelley Arnold
                             U.S. Magistrate Judge

Order - 1