1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

10

11

ROSALIE A. McALLISTER (f.k.a.
ROSALIE A. REICHL),
                          Plaintiff,

**Case No.** C07-0700 JPD

12

        v.

ORDER DENYING PLAINTIFF'S
MOTION FOR
RECONSIDERATION

13

PACIFIC MARITIME ASSOCIATION et al.,

14

                          Defendant.

15

16          This matter comes before the court on Plaintiff's Motion for Reconsideration. Local Civil

17   Rule 7(h) Motions for Reconsideration states in part as follows:

18              (1) Standard. Motions for reconsideration are disfavored. The court will
                ordinarily deny such motions in the absence of a showing of manifest error in
19              the prior ruling or a showing of new facts or legal authority which could not
                have been brought to its attention earlier with reasonable diligence.
                . . . . . . . . . . . . . . . . .
20              (3) Response. No response to a motion for reconsideration shall be filed unless
                requested by the court. . . . . . . . . . .

21

22          Clearly this court is not immune from reconsidering its decisions, as this motion was

23   generated by the court's considering the defendant's motion for reconsideration of its May 1,

24   2008 ruling. Nor does the court rue the day it agreed to arbitrate any dispute. The court well

25   remembers that both parties worked long and hard to reach the terms of the subject agreement,

26   and this court would not have impeded the successful resolution of the matter by refusing the joint

27   request that it serve as arbiter of any subsequent disagreements over the meaning of the contract.

28   Order - 1

As a practical matter, this court cannot have any independent certain recollection with regard to the issue(s) at hand given the passage of time since the agreement was entered into in 1997. Having fully considered the matter, the court can come to no rational determination other than as set forth in the Order on Defendant's Motion for Partial Reconsideration dated July 17, 2008.

**Plaintiff's Motion for Reconsideration is denied.**

Dated this 4th day of August  2008.


*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 2