UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSALIE A. McALLISTER (F.K.A. ROSALIE A. REICHL),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC MARITIME ASSOCIATION; JOINT PORT LABOR RELATIONS COMMITTEE OF THE WASHINGTON PUGET SOUND AREA; FOREMEN JOINT LABOR RELATIONS COMMITTEE TACOMA, WASHINGTON; and JOSEPH WEBER, an individual,<br><br>　　　　　Defendants. | Case No. C07-700JPD<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFF ROSALIE A. McALLISTER (F.K.A. ROSALIE A. REICHL) and on behalf of DEFENDANTS in the unopposed amount of $350.00.

Entered this ___26th___ day of JANUARY , 2009 .

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Bruce Rifkin

　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

TAXATION OF COSTS -- 1